**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN MOORE,**<br>**Plaintiff,**<br>**v.**<br>**CITY OF PHILADELPHIA, *et al*.,**<br>**Defendants.** | **CIVIL ACTION NO. 25-3303** |

**ORDER**

**AND NOW,** this 3rd day of September 2026, upon consideration of Defendant Joe Walsh's Motion to Dismiss the Complaint [Doc. No. 14], and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as follows:

1. The Motion is **GRANTED** as to Counts I and VI. Count I for malicious prosecution under 42 U.S.C. § 1983 and Count VI for malicious prosecution under Pennsylvania state law will be **DISMISSED** as to Defendant Walsh.
2. The Motion is **GRANTED** as to Count IV. Count IV for failure to intervene under 42 U.S.C. § 1983 will be **DISMISSED with prejudice** as to Defendant Walsh.
3. The Motion is **GRANTED** as to Count II's claim that Plaintiff did not receive a constitutionally adequate investigation and **DENIED** as to the remainder of Count II.
4. The Motion is otherwise **DENIED**.
5. Defendant Joe Walsh shall file an Answer to the Complaint on or before **September 24, 2026**.

It is so **ORDERED.**

**BY THE COURT:**
**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**